**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-3976
EMAIL:  Christina_Wong@fd.org

| | |
|---|---|
| JAMES WYDA<br>FEDERAL PUBLIC DEFENDER | CHRISTINA WONG<br>ASSISTANT FEDERAL PUBLIC DEFENDER |

**VIA EMAIL**

July 9, 2024

The Honorable A. David Copperthite
United States District Court – District of Maryland
101 W. Lombard St.
Baltimore, MD 212021

    Re: United States v. David Jackson, 1:19-CR-568-RDB

Dear Judge Copperthite:

I write to ask that you appoint the Office of the Federal Public Defender to represent Mr. Jackson in the above-captioned matter, so that my office may represent him in a time computation matter.

I am enclosing a copy of Mr. Jackson's completed financial affidavit. I have not identified any conflict with any other client of our office.

I thank the Court for its attention to this matter.

Sincerely,

/s/

Christina Wong
Assistant Federal Public Defender

Enclosure